David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
Zachary A. Cohen, Bar No. 316547
ZCohen@robinskaplan.com
**ROBINS KAPLAN LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Plaintiff
New RSC, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| New RSC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Orly Corporation; Orly Shoe Corporation; Ezra Antebi; Nabeel Shaikh; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-07132 MWF (AGRx)<br><br>[Assigned to the Honorable Michael W. Fitzgerald]<br><br>**STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Action filed: September 30, 2022] |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED, by and between Plaintiff New RSC, LLC and Defendants Orly Shoe Corporation, incorrectly named Orly Corporation, Ezra Antebi, and Nabeel Shaikh (collectively, the "Parties") through their respective counsel of record, that this action, be dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All Parties to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: July 24, 2023	**ROBINS KAPLAN LLP**

By: /s/ David Martinez
David Martinez
Zachary A. Cohen
Attorneys for Plaintiff, New RSC, LLC

Dated: July 24, 2023	**MILORD & ASSOCIATES, P.C.**

By: /s/ Milord A. Keshishian
Milord A. Keshishian
Stephanie V. Trice
Attorneys for Defendants, Orly Shoe Corporation, incorrectly named Orly Corporation, Ezra Antebi, and Nabeel Shaikh

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), David Martinez hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*